NILES CASE, Respondent, *v.* FRANK PEREW, Appellant.

(Argued October 29, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order

made October 21, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*B. H. Williams* for appellant.

*J. M. Humphrey* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.